DECISIONS ON PETITIONS FOR WRITS OF CERTIORARI, FROM OCTOBER 7, 1918, TO MARCH 3, 1919.

(A.) PETITIONS GRANTED.[1]

No. 472. PHILADELPHIA, BALTIMORE & WASHINGTON RAILROAD COMPANY *v.* ALFRED H. SMITH. October 21, 1918. Petition for a writ of certiorari to the Court of

---

[1] For petitions denied, see *post,* 558.

Appeals of the State of Maryland granted. *Mr. Frederic D. McKenney* and *Mr. John Spalding Flannery* for petitioner. *Mr. T. Alan Goldsborough* for respondent.

